# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| MOHAMMAD AHMAD GHULAM RABBANI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 05-1607 (RCL) |
| ) | |
| BARACK OBAMA, *et al.* ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER

Before the Court are the petitioner's motion for a preliminary injunction [306], the government's opposition [319], the petitioner's reply [320], the petitioner's and government's respective briefs regarding any claims remaining to be decided in this case [341, 344], and the petitioner's status report [346] filed December 16, 2014. For the reasons explained in the accompanying Memorandum Opinion issued this date, it is hereby

**ORDERED** that the petitioner's motion for a preliminary injunction [306] is **DENIED**.

It is **SO ORDERED** this /4th day of December 2014.

Royce C. Lamberth
RO**Y**CE C. LAMBERTH
United States District Judge